# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 15cr0133-BAS |
|---|---|
| Plaintiff, | AMENDED ORDER OF CRIMINAL FORFEITURE |
| v. | |
| ESAU ROLANDO PEREZ-ANGULO, | |
| Defendant. | |

On May 4, 2015, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of ESAU ROLANDO PEREZ-ANGULO ("Defendant") in the following property: **a Smith and Wesson .38 chrome revolver with an obliterated serial number**.

For thirty (30) consecutive days ending on June 14, 2015, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the property.

1    There were no potential third parties known to the United States to have alleged an interest in the forfeited property; therefore, no one was provided with direct notice of the forfeiture.

Thirty (30) days have passed following the final date of notice by publication, and no third party has made a claim to or declared any interest in the forfeited property described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of ESAU ROLANDO PEREZ-ANGULO and any and all third parties in the following property is hereby condemned, forfeited and vested in the United States of America: **a Smith and Wesson .38 chrome revolver with an obliterated serial number**.

IT IS FURTHER ORDERED that costs incurred by Homeland Security Investigations ("HSI") and any other governmental agencies which were incident to the seizure, custody and storage of the property be the first charge against the forfeited property.

IT IS FURTHER ORDERED that HSI shall dispose of the forfeited property according to law.

DATED: October 8, 2015

_____
Honorable Cynthia Bashant
United States District Court